| | |
|---|---|
| UNITED STATES SECURITIES<br>AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SUJATA SACHDEVA and<br>JULIE MULVANEY,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>: Civil Action No: 2:10-cv-00747<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

This cause coming to be heard on Plaintiff Securities and Exchange Commission's

Motion for Disbursement of Settlement Funds to Koss Corporation, due notice having been

given, the Court being fully advised in the premises and for good cause shown;

**IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED.**  The funds received

by the Court in satisfaction of the disgorgement obligation in the Final Judgment as to Defendant

Mulvaney, plus accrued interest, shall be disbursed to Koss Corporation.  The Clerk's Office

shall make the disbursement by check or wire transfer.

Dated: March 6, 2013

_____
HON. RUDOLPH T. RANDA
UNITED STATES DISTRICT JUDGE